Eastern District of Kentucky
**FILED**
OCT 25 2017
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DISTRICT**
**AT COVINGTON**

**CRIMINAL NO. 17-_____-DLB-CJS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**vs.** **ORDER**

**MARIE ANTOINETTE CASTELLI** **DEFENDANT**

* * * * *

The United States having filed a Notice of Intent to File Information and a Motion for Arraignment in this matter, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The United States's motion for arraignment is **granted**;
2. The matter is scheduled for hearing on **Wednesday, November 22, 2017 at 9:00 a.m. in Covington** at which time the United States shall file its Criminal Information and the Defendant will be arraigned. If the Defendant wishes to enter a plea of guilty to that Information, the Court will also take Defendant's guilty plea on that date and time.

This 25th day of October, 2017.

**Signed By:**
***David L. Bunning***
**United States District Judge**

K:\DATA\ORDERS\Covington Criminal\2017\17-__ Order re Criminal Info re Castelli.wpd

cc: USPO
USM
Bob McBride, Jim West