Eastern District of Kentucky
FILED

NOV 2 2 2017

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

UNITED STATES OF AMERICA

V.                                        INFORMATION NO. 17-49-DLB

MARIE ANTOINETTE CASTELLI

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### 18 U.S.C. §§ 875(c) and 2

On or about October 19, 2015, in Mason County, in the Eastern District of Kentucky,

**MARIE ANTOINETTE CASTELLI,**

aiding and abetting others, did knowingly transmit in interstate and foreign commerce via the Internet, communications intended to be a threat to injure the person of another, that is, social media posts stating, "A great sister on twitter published addresses of the kafir men who killed sheikh awlaki and his son with the drone praying the mujahadine will send someone for justice," and including a link to a publically-viewable document on the Internet ~~referencing the Islamic State~~, describing Victims 1, 2 and 3 and their families as targets, displaying their photographs, and stating others should locate and execute Victim 1, all in violation of 18 U.S.C. §§ 875(c) and 2.

## COUNT 2
## 18 U.S.C. § 875(c)

On or about October 19, 2015, in Mason County, in the Eastern District of Kentucky,

### MARIE ANTOINETTE CASTELLI

did knowingly transmit in interstate and foreign commerce via the Internet, communications intended to be a threat to injure the person of another, that is, social media posts of the names and addresses of Victims 1, 2 and 3, and stating, "they make targets on our heads so here are their heads for targets…" all in violation of 18 U.S.C. § 875(c).

                                              **ROBERT M. DUCAN**
                                              **UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 and 2:** Not more than five years of imprisonment, a fine of up to $250,000.00, and not more than three years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.