Eastern District of Kentucky
**FILED**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

JAN 30 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 17-49-DLB-CJS**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**vs.**                                            **ORDER**

**MARIE ANTOINETTE CASTELLI**                                              **DEFENDANT**

*****************

The Court having received the attached correspondence on behalf of Defendant Castelli, and being otherwise sufficiently advised,

**IT IS ORDERED** that the attached correspondence be **FILED OF RECORD** in the above-captioned case.

This 30th day of January, 2018.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2017\17-49 Order to File Correspondence.wpd