Honorable David L. Bunning
United States District Judge
35 West 5th Street
Covington, KY 41012

Eastern District of Kentucky
FILED
JAN 30 2018
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Re: United States v. Marie Antoinette Castelli
Federal Case No: 2:17-CR-49-DLB

Dear Judge Bunning:

I have know Marie Castelli since I was 5 years old. We've had our ups and downs, but have always remained friends.

She has always worked hard and was also a member of the union, helping others while she worked at AT&T. She also volunteered at the Elizabeth Dentention Center in NJ, visiting detainees who has no family or friends to visit them in the United States. (one of the detainees, I met through her, and we just celebrated our 16th wedding anniversary).

Marie might not get along with all her family members, but she has a deep love for her parents, (especially her Mom who passed away), her youngest brother, her daughters, friends, and her dogs.

Marie, being a mother & sister & daughter, knows the importance of family and children and would never intentionally bring harm or try to bring harm to another family.

As smart as Marie is, her biggest flaw tends to be "acting before thinking". (Like sending an angry email instead of sitting on it for 24 hrs & deleting it the next day instead of sending it).

Being in prison this past year, has opened her eyes to realizing that although her life isn't perfect, it is better than she thought, and that she needs to think about what the consequences can be before she says or does things she's upset about.

Thank-you for taking the time to read my letter.

Sincerely,

Margaret Mizov Saeed

Margaret Mizov Saeed
526 Victoria Street
Raritan, NJ 08869