**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
*Filed Electronically*

**CRIMINAL ACTION NO. 17-CR-00049-DLB**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.

MARIE ANTOINETTE CASTELLI                                                   DEFENDANT

---

**SENTENCING MEMORANDUM**
**OF DEFENDANT, MARIE CASTELLI**

---

Comes now Defendant, Marie Castelli, by and through counsel, and hereby submits the following Sentencing Memorandum setting forth all factors that the Court should consider in determining what type and what length of sentence is sufficient, but not greater than necessary, to comply with the applicable law set forth in *18 U.S.C. §3553(a)*, *U.S. v. Booker*, 543 U.S. 220 (2005) and *U.S. v. Fanfan*, 542 U.S. 963 (2004).

**I.      Pre-Sentence Investigation Report**

There was only one formal objection which is outlined in the PSR.  Specifically, Marie objected to the specific offense characteristic in paragraph 18 and 24.  She does not dispute or contest making the threats however, there was no evidence that she took any affirmative steps to follow through on either of the threats for which she pled guilty.  For example, she did not buy a plane ticket or purchase a weapon.   Given that Marie does not contest the adjustment to level 32 in paragraphs 19 and 25, the issue does not affect the Adjusted Offense Level.

**II.     Analysis of 18 U.S.C. §3553(a) Factors**

   **A.     Nature and Circumstances of the Offense**

Pursuant to written binding plea agreement pursuant to Rule 11(c)(1)(C) that contains an appellate waiver, Marie Castelli pled guilty to a two counts in an Information which charged Interstate Communication of a Threat. The details of each are described in paragraphs 2 and 3 of the Presentence Investigation Report.

   **B.     Characteristics of Marie Castelli**

Marie Castelli is 57 years old with a life-long and documented history of mental illness. (PSR ¶44-48) The result is estrangement from her children and friends, a broken marriage, and a life of solitude and seclusion. (PSR ¶44-48)

Ed Connor, Psy.D. conducted a psychological evaluation of Marie. Most recently, Dr. Connor reported on January 17, 2018 that Marie suffers from Schizoaffective Disorder, bipolar type with paranoia, Obsessive Compulsive Disorder, mild; and Unspecified Personality Disorder with Schizoid features. (Dr. Connor's letter is attached to the PSR). Dr. Connor indicated that she "will need constant psychiatric care" and thus recommended that Marie be designated to a medical facility with the appropriate resources to closely monitor her chronic psychiatric conditions. Specifically, it's clear that Dr. Connor believes that she will need to be prescribed psychotropic medications and need psychotherapy and other mental health interventions.

   **C.     Sentencing of Marie Castelli**

Section 3553(a)(2)(A) instructs district courts to craft a sentence that reflects the seriousness of the offense, promotes respect for the law, and provides just punishment. A number of factors determine whether a particular sentence is "just". "A 'just

punishment' must take into account the cost of the defendant's criminal conduct and the cost society must undertake to punish for the offense." *U.S. v. Zakhor*, 58 F.3d 464, 466 (9th Cir. 1995).

Marie accepts full responsibility for her conduct and acknowledges the need for punishment. The United States and Marie request the Court impose the recommended sentence of 90 months with 3 years of supervised release.

We also request the Court designate her to Federal Medical Center (FMC) Lexington, Kentucky so she can get the psychiatric care she needs.

### III.   CONCLUSION

We respectfully request the Court accept the binding plea agreement and impose a sentence of 90 months in prison with 3 years of supervised release. A 90 month prison term reflects the seriousness of the offense and provides ample punishment and deterrent. Moreover, the public is more than adequately protected with the imposition of 90 months in prison with 3 years of supervised release.

Respectfully submitted,

**THE LAW OFFICE OF JAMES M. WEST**

*/s/ James M. West*
**JAMES M. WEST (KBA #84584)**
2045 Dixie Highway
Ft. Mitchell, KY 41011
(859) 341-0600
(859) 341-1876 (Fax)
jim@jimwestlaw.com
Attorney for Defendant

## **CERTIFICATION**

      I hereby certify that I electronically filed this document through the CM/ECF system, and emailed a copy to the following:

**Robert McBride, Esq.**
Assistant United States Attorney

                                                                    */s/ James M. West*
                                                                    **JAMES M. WEST**