**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**
**Criminal Minutes-Sentencing**

Cov.Cr. **17-49-DLB-CJS**              at **COVINGTON**                    **2/15/2018**

**U.S. vs. MARIE ANTOINETTE CASTELLI**            **X** Present    **X** Custody

PRESENT:  **HON.  DAVID L. BUNNING, JUDGE**

| **Lynn Voskuhl** | **Joan Averdick** | **Robert McBride/Jason Denney** |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorneys |

**James West**
Attorney for Defendant                    **X**  Present    **X**  Appointed

---

**United States' oral motion to dismiss Case No. 16-CR-33 is granted**.

---

**X**  As to Defendant's objection to the recommended 6 level enhancement pursuant to USSG 2A6.1(b)(1), the Court finds a ruling is unnecessary as the contested matter will not affect sentencing.

**X**   Defendant's objection of the Presentence Report Second Addendum, **is sustained and will be stricken** from the Presentence Report and the record.  The Court instructs the U.S. Probation Officer to remove this section from the PSR, per the findings by the Court.

**X**  Judgment shall be entered (See Judgment and Commitment).

**X**  Defendant is remanded to the U.S. Marshal pending designation by the Bureau of Prisons.

cc: USA,USPO,USM,COR                    Initials of Deputy Clerk: **lv**

| TIC | | 20 |
|---|---|---|

K:\DATA\ORDERS\Covington Criminal\2017\17-49 sentencing minutes 2-15-18.docx