Eastern District of Kentucky
**F I L E D**

MAR 2 8 2018

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

**CRIMINAL ACTION NO. 17-49**

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

**V.**                    <u>**ORDER**</u>

**MARIE ANTOINETTE CASTELLI**                    **DEFENDANT**

\* \* \* \* \*

The United States having moved for an order of destruction, and the Court being otherwise sufficiently advised,

IT IS ORDERED:

1. The United States's motion is granted; and

2. The United States may destroy those items listed in Attachment A.

Ordered this 28th day of March, 2018.

Signed By:
*David L. Bunning*
United States District Judge

DAVID L. BUNNING
UNITED STATES DISTRICT JUDGE

Attachment A

1. A RCA tablet, Model RCT6773W22B, S/N JKFG1A0423D3,
2. A LG, Model LG328BG, cell phone S/N 601CQRNS17678,
3. A Magic Jack 90BS474806,
4. A GaoXlngl: cellphone S/NLM67600310410365,
5. Multiple burned CDs,
6. An Acer Aspire One laptop 5/N LUSFHODOOl11038DSE1601,
7. A Black Gateway laptop S/N NXY1UAA0303160ECFF3400,
8. A MassCool external hard drive, black and silver in color,
9. A Kingston 4gb thumb drive S/N 04234-341.AOOOLF,
10. A Verizon M ifi 4g LTE IMEJ 99000094-851627·5 w/paperwork,
11. An Alcatel cellphone, Model OT-355A, S/N 012434000207016,
12. An Akcatel cellphone, Model: A205G, S/N 013325000872586,
13. A Black handwritten binder,
14. Handwritten notes and headbands,
15. A black and white knitted ISIL flag,
16. A black tote bag, and
17. A black vest and button.