UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 17-49-DLB-MAS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                             **JUDGMENT**

MARIE ANTOINETTE CASTELLI                                   DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

Consistent with the Order Adopting Report and Recommendation entered today, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)    The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 32) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)    The Defendant's Motion to Vacate, Set Aside, or Correct Sentence as amended and pursuant to 28 U.S.C. § 2255 (Docs. # 20) is hereby **DENIED**;

(3)    Defendant's sentence is **AMENDED** to be **sixty (60) months of imprisonment to Count 1** and **thirty (30) months of imprisonment to Count 2**, to be served consecutively for a **total of ninety (90) months of imprisonment**.

(4)    For the reasons set forth in the Magistrate Judge's R&R (Doc. # 32), the court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**; and

(5) This matter is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

This 6th day of January, 2020.



Signed By:
*David L. Bunning*  *DB*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2017\17-49 Judgment re 2255.docx