7/3/20

16-33

Eastern District of Kentucky
FILED
JUL 09 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Marie A. Castelli
#21105-032
B2-123L
Federal Correctional
Institution
Aliceville
POB 4000
Aliceville AL
35442

Clerk - US Dist Court E Ky,

## Letter of Consideration

I have served over 2/3rds of my sentence (incarcerated/detained since 9/8/2016. I shall be 60 yrs old in 2 months. I have been Programming Actively, and my Unit Team & warden had submit me for home detention under the new First Step + Cares Acts, however, I was notified today by my Unit Manager that the Region Office in Atlanta has Denied this Facilities Request.

I know my recent 2255 was denied + such my attempt to remove misleading labels in my PSR. For 4 yrs I was Rated 0 (Lowest) Severity on my Classification Sheet but as soon as I filed 2255 + then a 2241 in Alabama for Request for equal treatment of ability to email + video visit my family as other inmates with exact same charge + same Post (18:875) are not restricted, I got suddenly Region changed my status from 0 to +7 Greatest Severity. + Management Hold. →

I never got Final Ruling on 2241 I filed. (7:19-CV-01332-KC-B-HNJ) Birmingham AL.

Meanwhile in addition to my Aging, and Good Time + Programming. I've had a Major Concern with trying to stop demolishing my home + property from City, whose trying to Run me out (the one + only Muslim in County), put Leins for City grass cut + Now Condemn. I was hoping with early home detention to be able to stop + Protect ~~these~~ ~~order~~. My property.

I have Completed a VT Computer Certificate and besides Fastest Typist Award, received Special "Citizen Award" (was voted for) And so No reason I shouldn't Now

be able to email Family & College. In adition to almost Completing 2 Degrees in Stratford Career Institute (VT) Veterinary Assistant & Canine Specialist, & Planed to transfer to Lexington where Judge Bunning Recommended at Sentencing & I never got there, So I can use my Skills on dog Program or Equine Program. I also am enrolled in Re-Entry Tayba Prison Program which facilitates integration into Society of released incarcerated Muslims, Life Skills & Character Reformation reintegration into Society with increased accountability. So Region denial of Home detention & Email video visit denial is

② Not considerate of all the hard work I've been doing with my Unit Team who manages my daily programming + adjustments for preparing re-entry.

I suddenly feel all my hard work programming + Preparing for Re-entry are for nothing since I was denied everything + even may lose my home + the little belongings I have left.

Is there anything the Court could do to work with me to help get Region to work with me + acknowledge my Programming + Good Behavior.

My health is getting worse as I now also have Sciatic Nerve Pain + Leg hip problems + Osteoporosis got worse. I also have tested Positive with Blood in Stool. Health Medical here is Lacking as its Not the FMC Medical Facility the Court Recommended at Sentencing.

Please discus with Judge Bunning or any proper Court Contact my situation + concerns for Consideration + Guidance. Thank You.

Respectfully

*[signature]*